EUGENE GUTMAN and Others V. BENJAMIN WEISBARTH and Others.—

Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ABRAHAM CITRON and Others v. BACHRACK SONS COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.